FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Falling down a rusty Steps _____ COMPLAINT

White
(Last Name)      (Identification Number)

Marlon ~~state~~ Loderrick Jr.
(First Name)     (Middle Name)

_____
(Institution)

2001 5th Street Meridian, MS 39301
(Address)

(Enter above the full name of the plaintiff, prisoner, and address
plaintiff in this action)

V.

Marlon White
_____
V.
Sheriff ward Calhoun
_____

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 3:25cv838-DPJ-ASH
(to be completed by the Court)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV -3 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?     Yes ( ) No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1. Parties to the action: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

1

# PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Marlon Laderrick Whiteside  Prisoner Number: 285097

Address: 2001 5th Street Meridian MS, 39301

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Ward Calhoun _____ is employed as Sheriff _____ at Lauderdale County

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Marlon White    ADDRESS: 2001 5th Street Meridian, MS, 39301

DEFENDANT(S):

NAME:    ADDRESS: 2001 5th Street Meridian, MS 39301

C.O MS Jones
C.O MS Bishop

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (X)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No (X), if so, state the results of the procedure: I am a pretrial detainee at Lauderdale County Jail

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
      Yes (X)   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): thru medical and nurses

   3. State the date your claims were presented: _____

   4. State the result of the procedure: I was treat how they wanted to treat me, but I'm still hurting and don't trust ther Sudgement

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Attachment of written statement on paper

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I Marlon White want to see an outside doctor that can give me the correct report of my injurys and i want to sue Lauderdale County Sheriff Office for $4,000,000 Marlon W. and immediate release of my body from custody and all charges against me ~~thrpts~~ dropped

Signed this 5th day of October, 20 25.

Marlon White

2001 5th Street Meridian MS 39301
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

10/5/25
(Date)

Marlon White
Signature of plaintiff

4

Statment of Claim                              10/5/25

I Marion White was on B1 Zone and i stay upstairs so in 201 so i have to go up and down the stairs. I was exiting my room walking down the stairs an i slip in fell to the bottem an indured myself in front of two guards C.O Ms. Jones and C.O Ms. Bishop on the date of October 3/or 7 of 12 2024 video of incedent on Camera at Lauderdale county i filled out a sick call to see the nurse because i was hurting i ask to go to the hospital but they said they can't take me to the hospital im still hurting and need treatment from a outside doctor that way i can give you a full claim report

Marion White

10/5/25